THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE KING, Appellant. (Appeal No. 2.) [598 NYS2d 1021] — Judgment unanimously affirmed. Same Memorandum as in *People v King* (193 AD2d 1075 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Cornelius, J.— Violation of Probation.) Present—Denman, P. J., Pine, Balio, Boomer and Davis, JJ.